**GILMORE, G.**

v.

**CAMERON, K., et al.**

1301 CD 2016

Commonwealth Court of Pennsylvania.

06/20/2017

Clearfield County Civil Division, 2016–889–CD

Affirmed

**BROWN; A.**

v.

**PINES, Z., et al.**

1898 CD 2016

Commonwealth Court of Pennsylvania.

06/20/2017

Philadelphia County Civil Division, February Term, 2016 No. 4574

Affirmed

**MCGEE, R.**

v.

**PBPP**

1802 CD 2016

Commonwealth Court of Pennsylvania.

06/20/2017

Board of Probation & Parole, Parole No. 7295–I

Dismissed

**SMITH, S.**

v.

**WCAB (CONSOLIDATED FREIGHTWAYS CORP.)**

2098 CD 2016

Commonwealth Court of Pennsylvania.

06/20/2017

Workers' Compensation Appeal Board, A15–1078

Affirmed